FILED
CLERK, U.S. DISTRICT COURT
August 17, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### CENTRAL DIVISION

| | |
|---|---|
| IRINA MORRIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:20-cv-00821-SB-GJSx<br><br>**JUDGMENT** |

  This case arises out of a long-term disability employee welfare benefit plan governed by ERISA. This Court conducted a bench trial on June 4, 2021 on cross-motions under Rule 52 of the Federal Rules of Civil Procedure. Plaintiff Irina Morris ("Morris") was represented by Robert J. McKennon. Defendant Aetna Life Insurance Company, substituted for Hartford Life and Accident Insurance Company ("Aetna"), was represented by Michael B. Bernacchi. The Court

considered all evidence properly before it, the oral argument of counsel, and all other matters presented. On August 9, 2021, this Court entered its Findings of Fact and Conclusions of Law (Doc. 50) ("Findings").

Morris brought a first cause of action for recovery of benefits, declaratory relief, and attorneys' fees under ERISA, §502(a)(1)(B) and (g)(1). She brought a second alternative cause of action for breach of fiduciary duty, equitable relief, and attorneys' fees under ERISA, §502(a)(3) and (g)(1). This Court held that Morris is not entitled to the benefits she seeks under the unambiguous terms of the long-term disability plan. This Court found that Aetna did not breach its fiduciary duty. The Court also found that Morris's claims of estoppel and waiver cannot create coverage beyond that actually provided by the plan. The Court held that Morris is not entitled to relief on her second cause of action. All objections were overruled.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1.   Judgment is entered in favor of Defendant Aetna and against Plaintiff Morris in accordance with the Findings on the First Cause of Action under ERISA, §502(a)(1)(B) and (g)(1);

2.   Judgment is entered in favor of Defendant Aetna and against Plaintiff Morris in accordance with the Findings on the Second Cause of Action under ERISA, §502(a)(3) and (g)(1);

3.   Plaintiff Morris shall take nothing by way of her Complaint filed on April 28, 2020;

4.   Plaintiff Morris is entitled to no relief; and

5.   The action is hereby dismissed with prejudice.

Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, Judgment is entered in favor of Defendant Aetna and against Plaintiff Morris as of the date the Clerk notates this Judgment in the civil docket.

DATED: August 16, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge