1  Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
   Joseph S. McMillen (SBN 174561) *jm@mckennonlawgroup.com*
2  **MCKENNON LAW GROUP PC**
   20321 SW Birch Street, Suite 200
3  Newport Beach, California 92660
   Phone: 949-387-9595 | Fax: 949-385-5165
4
   Attorneys for Plaintiff Irina Morris

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IRINA MORRIS,<br><br>                         Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>                         Defendants. | Case No.: 8:20-cv-00821-SB-GJSx<br><br>Assigned to:<br>District Judge Stanley Blumenfeld, Jr.<br>Magistrate Judge Gail J. Standish<br><br>Action Filed: April 28, 2020<br><br>Trial Date: June 4, 2021<br><br>PLAINTIFF IRINA MORRIS' NOTICE OF APPEAL; AND REPRESENTATION STATEMENT |
|---|---|

Case No.: 8:20-cv-00821-SB-GJSx



1  Please take notice that Plaintiff Irina Morris hereby appeals to the United
2  States Court of Appeals for the Ninth Circuit from the: (1) Judgment entered by the
3  district court on August 17, 2021 for Defendant Aetna Life Insurance Company
4  (Docket No. 52); and (2) In Chamber Order Denying Plaintiff's Motion for New
5  Trial, Reconsideration, and Relief from Judgment entered by the district court on
6  October 14, 2021 (Docket No. 61).  True and correct copies of the Judgment and
7  Order are attached hereto as Exhibits "A" and "B."

Dated:  October 19, 2021     McKENNON LAW GROUP PC

By: _____
ROBERT J. McKENNON
JOSEPH S. McMILLEN
Attorneys for Plaintiff and Appellant
Irina Morris

McKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660

-1-



## REPRESENTATION STATEMENT

The undersigned represents Irina Morris, plaintiff and appellant in this matter, and no other party.  Attached is a Certificate of Service list which includes the parties to the action and identifies their counsel by name, firm, address, telephone number and e-mail address, where appropriate.

Respectfully submitted,

Dated:  October 19, 2021                                  **McKENNON LAW GROUP PC**

By: _____
ROBERT J. McKENNON
JOSEPH S. McMILLEN
Attorneys for Plaintiff and Appellant
Irina Morris

McKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660

Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
Joseph S. McMillen (SBN 174561) *jm@mckennonlawgroup.com*

**McKENNON LAW GROUP PC**
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595 / Fax: 949-385-5165



# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Fax 949-385-5165; E-mail address: dc@mckennonlawgroup.com.

I hereby certify that on October 19, 2021, I served the foregoing documents described as: NOTICE OF APPEAL AND REPRESENTATION STATEMENT on the interested parties as follows:

| | |
|---|---|
| Michael B. Bernacchi (SBN 163657)<br>E-mail: mbernacchi@bwslaw.com<br>Nancy Jerian Marr (SBN 143248)<br>E-mail: nmarr@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br>Tel: 213.236.0600 \| Fax: 213.236.2700<br>Legal Asst.: *mberton@bwslaw.com*<br>Legal Assistant: *bjeong@bwslaw.com* | Attorneys for Defendant Aetna Life Insurance Company<br>☒ ECF Participant |

☒ **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed at Newport Beach, California on October 19, 2021.

NAME:  *Debi Cartee*
(Signature)