Robert J. McKennon (SBN 123176)
E-mail:  rm@mckennonlawgroup.com
Joseph S. McMillen (SBN 174561)
E-mail:  jm@mckennonlawgroup.com
McKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595 | Fax: 949-385-5165

Attorneys for Plaintiff
Irina Morris

Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
Nancy Jerian Marr (SBN 143248)
E-mail:  nmarr@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600 | Fax:  213.236.2700

Attorneys for Defendant
Aetna Life Insurance Company,
substituted for Hartford Life and Accident
Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRINA MORRIS,<br><br>          Plaintiff,<br><br>     v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 8:20-cv-00821-SB-GJS<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE, EXCEPT FOR ATTORNEYS' FEES**<br><br>Judge:  Stanley Blumenfeld, Jr. |

TO THE HONORABLE COURT:

The Parties hereby stipulate that this action shall be dismissed in its entirety with prejudice as to all parties, except for the issue of attorneys' fees and costs. Nothing in this Stipulation is intended to limit Plaintiff's ability to bring its motion for attorneys' fees and costs for which the Court set a briefing schedule.

IT IS SO STIPULATED.

Dated: October 20, 2023

McKENNON LAW GROUP PC

By: */s/ Joseph S. McMillen*
Robert J. McKennon
Joseph S. McMillen
Attorneys for Plaintiff
Irina Morris

Dated: October 20, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Nancy Jerian Marr*
Michael B. Bernacchi
Nancy Jerian Marr
Attorneys for Defendant
Aetna Life Insurance Company, substituted for Hartford Life and Accident Insurance Company

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4894-6668-4805 v1

2

Case No. 8:20-cv-00821-SB-GJS
STIPULATION TO DISMISS ENTIRE ACTION

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Joseph S. McMillen, counsel for Plaintiff Irina Morris, and that I have obtained Mr. McMillen's authorization to affix his electronic signature to this document.

By: */s/ Nancy Jerian Marr*
Michael B. Bernacchi
Nancy Jerian Marr
Attorneys for Defendant
Aetna Life Insurance Company, substituted for Hartford Life and Accident Insurance Company

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4894-6668-4805 v1

3

Case No. 8:20-cv-00821-SB-GJS
STIPULATION TO DISMISS ENTIRE ACTION