JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA MORRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY et al.,<br><br>　　　　Defendants. | Case No. 8:20-cv-00821-SB-GJS<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE EXCEPT FOR ATTORNEYS' FEES |

　　Pursuant to the parties' stipulation, this action is dismissed in its entirety with prejudice as to all parties, except for the issue of attorneys' fees and costs, which is currently pending before the Court.

　　IT IS SO ORDERED.

Date: December 1, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge