UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA MORRIS,<br><br>           Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY et al.,<br><br>           Defendants. | Case No. 8:20-cv-00821-SB-GJS<br><br><br>FINAL JUDGMENT |

    The Court, having granted the parties stipulation dismissing the entire action with prejudice except for attorneys' fees, Dkt. No. 93, and having granted in part Plaintiff's motion for attorneys' fees, it is ORDERED AND ADJUDGED that Plaintiff Irina Morris's claims against Defendants Aetna Life Insurance Company and Hartford Life and Accident Insurance Company are DISMISSED with prejudice.

    This is a final judgment.

Date: December 14, 2023

                                                          Stanley Blumenfeld, Jr.
                                                     United States District Judge